UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SALLYANN J. ARMEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0327** |
| **SUN LIFE ASSURANCE COMPANY OF CANADA** | **SECTION "T"(3)** |

## FINAL JUDGMENT

The Court has granted the Motion for Summary Judgment, filed on behalf of the Defendant, Sun Life Assurance Company of Canada [Doc. 25].

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be Judgment in favor of the Defendant, Sun Life Assurance Company of Canada, and against the Plaintiff, Sallyann J. Armel, with each party bearing their own taxable costs and expenses.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all of Plaintiff's claims be, and the same are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 11th day of April, 2006.

_____
G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE